

# NUMBER 13-18-00607-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

## EX PARTE FABIAN GARCIA

---

### On appeal from the 206th District Court
### of Hidalgo County, Texas.

---

# ORDER TO FILE APPELLATE BRIEF

### Before Chief Justice Contreras and Justices Benavides and Longoria
### Order Per Curiam

This cause is currently before the Court on appellant's third unopposed motion for extension of time to file the brief. The reporter's record was filed on November 21, 2018, and appellant's brief was originally due to be filed thirty days thereafter. *See* Tex. R. App. P. 38.6(a). Appellant obtained new counsel on February 4, 2019. This Court has granted counsel two extensions of time to file the brief with the brief being due on June 7, 2019. Appellant now seeks an additional 75 days, until August 21, 2019, to file the brief.

The Court GRANTS appellant's third unopposed motion for extension to file the brief and ORDERS the Honorable Joseph A. Connors III to file the brief on or before August 21, 2019. The Court looks with disfavor on the delay caused by counsel's failure to timely file a brief in this matter. No further extensions will be granted absent exigent circumstances. If counsel fails to file the brief within the specified period of time, the Court will act appropriately to ensure that appellant's rights are protected. *See id.* R. 38.8(b)(4).

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
28th day of June, 2019.